# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

### No. 06-14-00063-CV

### In the Interest of R.T.M. and I.M., Children

### (No. 79,495 IN 354TH DISTRICT COURT OF HUNT COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| SUPPLEMENTAL CLERK'S RECORD | $0.00 | INDIGENT | JASON DUFF, APPT ATTY |
| MOTION FEE | $10.00 | INDIGENT | JASON DUFF, APPT ATTY |
| CLERK'S RECORD | $0.00 | INDIGENT | JASON DUFF, APPT ATTY |
| SUPPLEMENTAL CLERK'S RECORD | $0.00 | INDIGENT | JASON DUFF, APPT ATTY |
| FILING | $195.00 | INDIGENT | JASON DUFF, APPT ATTY |
| FILING | $195.00 | INDIGENT | TERESE EASTER, APPT ATTY |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this February 19, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy